Edward Wayne **GIBSON,**
Plaintiff–Appellant,

v.

Loretta K. **KELLY,** Warden; Doctor Moore, Assistant Warden/Operations; Doctor Johns, Medical Staff Deep Meadow Correctional Center; Correctional Officer Williams, Defendants–Appellees.

No. 03–6692.

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2003.

Decided July 16, 2003.

Edward Wayne Gibson, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia; Richard Samuel Samet, Goodman, Allen & Filetti, Glen Allen, Virginia, for Appellees.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward Wayne Gibson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gibson v. Kelly,* No. CA–01–404 (E.D. Va. Aug. 27, 2002; Feb. 5, 2003; Apr. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*